# Commonwealth, Appellant, v. Cotterill.

*Appeals—Interlocutory order—Summary conviction — Striking off appeals.*

An order of the Court of Quarter Sessions discharging a rule to strike off an appeal from a summary conviction, is an interlocutory order from which no appeal lies to the Superior Court.

Argued March 1, 1915. Appeal, No. 12, March T., 1914, by plaintiff, from order of Q. S. Pike Co., Feb. T.,

## 86    COMMONWEALTH, Appellant, *v.* COTTERILL.

Statement of Facts—Opinion of the Court.    [61 Pa. Superior Ct.
1913, discharging rule to strike off appeal in case of Commonwealth v. Albert Cotterill.   Before RICE, P. J., ORLADY, HEAD, KEPHART and TREXLER, JJ.   Appeal quashed.

Rule to show cause why an appeal from a summary conviction before a justice of the peace for violating the game laws should not be stricken off.

The court in an opinion by STAPLES, P. J., discharged the rule.

*Error assigned* was order discharging rule to strike off appeal.

*Ira A. Labar,* with him *George R. Bull,* District Attorney, for appellants.

No printed brief for appellee.

OPINION BY ORLADY, J., October 11, 1915:

There being no final judgment entered by the court below, for the reasons stated at length by Judge PORTER in Commonwealth v. Luckey, 31 Pa. Superior Ct. 441, and by RICE, P. J., in Commonwealth v. Hesch, 58 Pa. Superior Ct. 426, the motion to quash this appeal is sustained.

The appeal is quashed.